ELLEN M. BARRY, Esq. (SBN: 141286)
ellen@ellenbarrylaw.com
Tel: (213) 621-1662/Fax:(213)621-1644
MATTHEW J. LOMBARD, Esq. (SBN: 239910)
mlombard@lombardlaw.net
Tel: (213) 625-1806/Fax: (213) 621-1644
316 W. 2nd Street, Suite 1202, Los Angeles, CA 90012
AMICI CURIAE For Defendant OSCAR RODRIGUEZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 05-01111(A)-RGK |
| v. | |
| OSCAR RODRIGUEZ | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 06-07 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
(1) Motion for Leave to File Sentencing Position Paper As Amici Curiae;(2) [Proposed] Order on Motion; (3)Ex-parte App. To File Sent. Position Paper Under Seal;(4)[Proposed] Order to File Under Seal; (4)Sent. Position Paper By Ellen Barry and Matthew Lombard As Amici Curiae in Connection with Def'sSent.

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required (*reason*): Document is Under Seal and Documents pertain to Under Seal Filing

July 25, 2007
Date

MATTHEW J. LOMBARD, (SBN:239910)
Attorney Name

OSCAR RODRIGUEZ
Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (02/07)   NOTICE OF MANUAL FILING