1 | ELLEN BARRY
Attorney at Law
2 | California State Bar No: 141286
316 W. 2nd Street, Suite 1202
3 | Los Angeles, California 90012
Tel: (213) 621-1662
4 | Fax:(213) 621-1644
ellen@ellenbarrylaw.com
5 |
MATTHEW J. LOMBARD
6 | Attorney at Law
California State Bar No: 239983
7 | 316 W. 2nd Street, Suite 1202
Los Angeles, California 90012
8 | Tel: (213) 625-1806
Fax:(213) 621-1644
9 | mlombard@lombardlaw.net

10 | AMICI CURIAE for Defendant
OSCAR RODRIGUEZ

11 |

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | WESTERN DIVISION

15 |

| UNITED STATES OF AMERICA, | ) | NO. CR: 05-01111(A)- RGK |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF MARIA FRANCISCA RODRIGUEZ ISAOLA IN SUPORT OF SENTENCING POSITION PAPER BY ELLEN BARRY AND MATTHEW LOMBARD AS AMICI CURIAE IN CONNECTION WITH DEFENDANT'S SENTENCING; |
| v. | ) | |
| OSCAR RODRIGUEZ | ) | |
| Defendant. | ) | |

1 | ELLEN BARRY,
Attorney at Law
2 | California State Bar No: 141286
316 W. 2nd Street, Suite 1202
3 | Los Angeles, California 90012
Tel: (213) 621-1662
4 | Fax:(213) 621-1644
ellen@ellenbarrylaw.com
5
MATTHEW J. LOMBARD
6 | Attorney at Law
California State Bar No: 239983
7 | 316 W. 2nd Street, Suite 1202
Los Angeles, California 90012
8 | Tel: (213) 625-1806
Fax:(213) 621-1644
9 | mlombard@lombardlaw.net

10 | AMICI CURIAE for Defendant
OSCAR RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR: 05-01111(A)- RGK |
|---|---|
| Plaintiff, | ) DECLARATION OF MARIA FRANCISCA RODRIGUEZ ISAOLA IN SUPORT OF SENTENCING POSITION PAPER BY ELLEN BARRY AND MATTHEW LOMBARD AS AMICI CURIAE IN CONNECTION WITH DEFENDANT'S SENTENCING |
| v. | |
| OSCAR RODRIGUEZ | |
| Defendant. | |

Ellen Barry and Matthew Lombard hereby files as amici curiae this Declaration of Maria Francisca Rodriguez Isaola in Support of Sentencing Position Paper in connection with defendant's sentencing scheduled for August 6, 2007.

Respectfully submitted,

DATED: August 6, 2007

_____
Ellen Barry, Esq

DATED: August 6, 2007

_____
Matthew J. Lombard, Esq