ELLEN BARRY
Attorney at Law
California State Bar No: 141286
316 W. 2nd Street, Suite 1202
Los Angeles, California 90012
Tel: (213) 621-1662
Fax:(213) 621-1644
ellen@ellenbarrylaw.com

MATTHEW J. LOMBARD
Attorney at Law
California State Bar No: 239983
316 W. 2nd Street, Suite 1202
Los Angeles, California 90012
Tel:(213) 625-1806
Fax:(213) 621-1644
mlombard@lombardlaw.net

AMICI CURIAE for Defendant
OSCAR RODRIGUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>OSCAR RODRIGUEZ<br><br>           Defendant. | NO. CR: 05-01111(A)- RGK<br><br>[PROPOSED] ORDER |

Upon consideration of the Motion to File Sentencing Position Paper As Amici Curiae in connection with Defendant's sentencing hearing and the entire record in this case, it is hereby ORDERED that the Motion is GRANTED. SO ORDERED.

DATED: AUG 16 2007

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare that I am a resident or employed in Los Angeles County, California; that my business address is 316 W. Second Street, Suite 1202, Los Angeles, CA 90012; I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am employed by a member of the Bar of the United States District Court for the Central District of California, and I served the attached

**[PROPOSED] ORDER**

Service was:

[ ] E-mail delivery addressed as follows:

[ ] By hand-delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

MATTHEW UMHOFFER
Assistant United States Attorney
312 N. Spring Street, 15th Floor
Los Angeles, California 90012

ALEXIS BERG
United States Probation Officer
312 N. Spring Street, 6th Floor
Los Angeles, California 90012

BRIAN NEWMAN, Esq.
300 Corporate Pointe, Suite 330
Culver City, California 90230

This proof of service was executed at Los Angeles, California on July 24, 2007.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

ANTONIA OLMEDO